## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD JAMES NICHOLAS, | : | Civil No. 4:24-CV-02086 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| WILLIAMSPORT POLICE BUREAU, | : | |
| *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

### ORDER

Before the court is the report and recommendation of Chief United States Magistrate Judge Daryl F. Bloom recommending that this action be dismissed without prejudice. (Doc. 8.) Specifically, Chief Judge Bloom recommends that the court should abstain from considering Plaintiff's claims under the *Younger* abstention doctrine and that several named Defendants are entitled to absolute immunity. (*Id.*) No party has filed objections to the report and recommendation, resulting in the forfeiture of de novo review by this court. *Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007) (citing *Henderson v. Carlson*, 812 F.2d 874, 878–79 (3d Cir. 1987)).

Following an independent review of the report and record, and affording "reasoned consideration" to the uncontested portions of the report, *EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (quoting *Henderson*, 812 F.2d at 879), to "satisfy [the court] that there is no clear error on the face of the record,"

Fed. R. Civ. P. 72(b), advisory committee notes, the court finds that Chief Judge

Bloom's analysis is well-reasoned and fully supported by the record and applicable

law.  Accordingly, **IT IS ORDERED THAT**:

1) The report and recommendation, Doc. 8, is **ADOPTED**.

2) This action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff re-asserting the alleged constitutional claims at the conclusion of his state criminal case, should he choose to do so.

3) The Clerk of Court is directed to close this case.


s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania


Dated: April 1, 2025